IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TABATHA A. JACOBS                                              PLAINTIFF

v.                          Civil No. 06-1076

Commissioner, Social
Security Administration                                        DEFENDANT

## ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for

leave to proceed *in forma pauperis*.

After review, it is found that plaintiff is unable to pay for the costs for commencement

of suit, and accordingly,

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis*

is granted. The clerk is hereby directed to file the complaint. Additionally, the court hereby

directs that a copy of the complaint filed herein, along with a copy of this order, be served by the

plaintiff by certified mail, return receipt requested, on the defendant, Jo Anne B. Barnhart,

Commissioner, Social Security Administration, Alberto Gonzales, U.S. Attorney General, and

Mark Webb, Assistant U.S. Attorney, without prepayment of fees and costs or security therefor.

The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED THIS 24TH DAY OF JULY 2006.

DISTRICT ARKA
FILED

JUL 2 6 2006

CHRIS R. JOHNSON, CLERK

HON. BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)